IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WORD TO INFO, INC,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Civil Action No.  1:17-cv-691-JFB-SRF |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims asserted by plaintiff Word to Info, Inc. against defendant Amazon.com, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.  It is further stipulated and agreed that all counterclaims and defenses that could have been pled are fully preserved and unaffected by this dismissal.

STAMOULIS & WEINBLATT, LLC

/s/Stamatios Stamoulis
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Bryan Atkinson
Steven R. Daniels
Michael D. Saunders
FARNEY DANIELS PC
800 South Austin Ave., Ste. 200
Georgetown, Texas 78626
(512) 582-2828
batkinson@farneydaniels.com
sdaniels@farneydaniels.com
msaunders@farneydaniels.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888

Of Counsel:

Heidi L. Keefe
Mark R. Weinstein
Lowell D. Mead
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000
hkeefe@cooley.com
mweinstein@cooley.com
lmead@cooley.com

Joseph R. Re
Joseph S. Cianfrani
Knobbe, Martens Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 72614
(949) 760-0404
Joe.re@knobbe.com
Joe.cianfrani@knobbe.com

Colin G. Heideman
Knobbe Martens Olson & Bear LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 405-2000
Colin.heideman@knobbe.com

*Attorneys for Defendant*

**SO ORDERED**, this 14th day of February, 2018.

_____
Senior United States District Judge